UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID WELLS, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>FEDEX GROUND PACKAGE )<br>SYSTEM, INC., )<br>)<br>Defendant. ) | Case No. 4:10-CV-02080-JAR |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiffs' Motion to Compel Defendant's Production of Documents [ECF No. 64]. After telephone conference with counsel, the Court will grant Plaintiff's Motion in part.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Compel [ECF No. 64] is **GRANTED** in part and **DENIED** in part. Defendant shall produce general employee benefit information for its non-managerial employees from 2004 to the present, to Plaintiffs.

Dated this 16th day of February, 2012.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE