UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID WELLS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:10-CV-02080-JAR |
| ) | |
| FEDEX GROUND PACKAGE ) | |
| SYSTEM, INC., ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Defendant FedEx Ground's Assented-To Motion to Amend the Case Management Order [ECF No. 70]. After consideration, the motion will be granted; however, this order shall not affect the scheduled trial setting of March 20, 2013.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendant's Assented-To Motion to Amend the Case Management Order [ECF No. 70] is **GRANTED**. The Case Management Order is amended as follows:

1. Plaintiffs shall make expert witnesses available for depositions which shall be completed no later than **June 1, 2012.**

2. Defendant shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed. R. Civ. P., no later than **June 1, 2012** and shall make expert witnesses available for depositions which shall be completed no later than **July 16, 2012.**

3. The parties shall make final supplemental disclosures, pursuant to Rule 26, Fed. R. Civ. P., no later than **October 1, 2012.** Depositions of individuals

identified in the Final Supplemental Disclosures, who had not been identified before the fact discovery deadline will be permitted and held prior to trial.

Dated this 1st day of May, 2012.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE