UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID WELLS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:10-CV-02080-JAR |
| ) | |
| FEDEX GROUND PACKAGE ) | |
| SYSTEM, INC., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the parties' Joint Motion to Modify Case Management Order and to Extend Time for Completion of Discovery [ECF No. 74]. The parties seek a 49-day extension within which to complete discovery. After consideration, the motion will be granted; however, this Order shall not affect the dispositive motion deadline of September 14, 2012, or the scheduled trial setting of March 20, 2013.

Accordingly,

**IT IS HEREBY ORDERED** that the Joint Motion to Modify Case Management Order and to Extend Time for Completion of Discovery [74] is **GRANTED**. The Case Management Order is amended to provide as follows:

The parties shall complete all discovery in this case no later than **August 31, 2012.**

**IT IS FURTHER ORDERED** that except as modified herein, the provisions of the Case Management Order issued April 11, 2011 [ECF No. 28}, and amended on September 28, 2011 {ECF No. 46] and November 23, 2011 [ECF No. 52] remain in full force and effect.

Dated this 16th day of July, 2012.

                                                                                       _____
                                                                                       JOHN A. ROSS
                                                                                       UNITED STATES DISTRICT JUDGE